| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: June 28, 2013 10:26 AM |
| **Plaintiff(s)** STEPHANIE PALMER<br>v.<br>**Defendant(s)** FIRST TRANSIT INC | ⚠ COURT USE ONLY ⚠<br>Case Number: 2013CV32528<br>Division: 414      Courtroom: |
| **Order to Accept Late Filing** | |

The motion/proposed order attached hereto: GRANTED.


Issue Date: 6/28/2013

*[signature]*

NORMAN DEAN HAGLUND
District Court Judge

# EXHIBIT N

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>Court Address:   1437 Bannock Street, Room 256<br>                           Denver, CO 80202<br>Telephone number: (720) 865-8301 | |
| Plaintiff:   STEPHANIE PALMER<br><br>and<br><br>Defendant: FIRST TRANSIT, INC. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2013 CV 32528<br><br>Division:      Courtroom: |
| **ORDER TO ACCEPT LATE FILING** | |

     This matter comes before the Court upon Plaintiff's Motion to Allow the Late Filing of her Motion to File Without Payment of Filing Fee. The Court having reviewed the file, considered the motion and any responses which may have been filed, and being fully advised in the matter, finds and orders as follows:

     Neither party will be prejudiced by the Court entering its order permitting late filing of Plaintiff's Motion to File Without Payment of Filing Fee.

Wherefore, good cause being shown, Plaintiff's motion has been granted.

Dated this _____ day of _____, 2013.

                                                                                 Judge/Magistrate

Attachment to Order - 2013CV32528