| | |
|---|---|
| ☐ County Court  ☒ District Court  ☐ Denver Juvenile Court  ☐ Denver Probate Court<br>DENVER County, Colorado<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202<br>**Plaintiff(s)** STEPHANIE PALMER<br>v.<br>**Defendant(s)** FIRST TRANSIT INC | DATE FILED: June 28, 2013 10:42 AM<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2013CV32528<br>Division: 414      Courtroom: |
| **FINDING AND ORDER CONCERNING**<br>**PAYMENT OF FILING FEES** | |

Name of Party filing Motion: STEPHANIE PALMER         on  06/24/2013        (date).

Upon review of the attached Motion, the above party is:

☒ Eligible to proceed without payment of the following fee:

　　☒ complaint   ☐ petition           ☐ answer

　　☐ response   ☐ motion to modify   ☐ other

☐ Eligible to have the filing fee of $ _____ paid in ☐ two ☐ three payments, with the first payment due by _____ (date) and the final payment due by _____ (date)

☐ Not Eligible to proceed. Party is responsible for payment of the filing fees.

Date: 6/28/2013                                   *[signature]*

                                                  NORMAN DEAN HAGLUND
                                                  District Court Judge
                                                  Signature of Eligibility Investigator, Clerk of Court, Judge/Magistrate

**ORDER**

The Court has reviewed the Motion (JDF 205) and so orders:

☒ As indicated above.

☐ The specified party is ordered to pay  $ _____ by _____ (Date) to cover filing fees.

☐ Other

**The Court finds that by allowing a party to proceed with a payment plan, the party has agreed to pay the fee as listed above. Failure to pay will result in collection against the party. Costs associated with the collection will be assessed.**
This Order remains in effect until the case is closed.

Pursuant to §13-16-103, C.R.S., in the event the party who receives a waiver of costs prosecutes or defends an action or proceeding successfully, there shall be a judgment entered in his/her favor in the amount of the court costs and the party shall, upon collecting such court costs, remit them to the Court.

Date: 6/28/2013        **EXHIBIT O**        *[signature]*

                                              NORMAN DEAN HAGLUND
                                              District Court Judge

District Court, Denver County, Colorado
Court Address: 1437 Bannock St., Room 256
Denver, CO 80202
Telephone: (720) 865-8301

Plaintiff: STEPHANIE PALMER
v.
Defendant: FIRST TRANSIT, INC.

Attorney or Party Without Attorney: (Name & Address)
Jody Brammer-Hoelter
1255 Cimarron Drive, Suite 202
Lafayette, CO 80026

Phone Number: (303) 666-6727  Fax: (303) 604-6166
Atty. Reg. #: 36966   Email: Jody@hoelterlaw.com

**COURT USE ONLY**

Case Number:
Courtroom:

**MOTION TO:** ☒ FILE WITHOUT PAYMENT OF FILING FEE ☐ WAIVE OTHER COSTS OWED TO THE STATE AND SUPPORTING FINANCIAL AFFIDAVIT

I, Stephanie Palmer, respectfully move the Court for an order to waive the following filing fee(s):
☒ complaint ☐ petition ☐ answer ☐ response ☐ motion to modify ☐ other: _____ and as grounds state that I am without funds, have no adequate funds available, and have a meritorious claim.

**All items must be fully completed. Print or type neatly. If an item does not apply, please write "N/A"**

### Name of Applicant

| Last Name | First Name | MI |
|---|---|---|
| Palmer | Stephanie | R |

Street Address (Include Apt. # if applicable): 294 S. Jasper Cir #201

| City | State | Zip Code |
|---|---|---|
| Aurora | CO | 80017 |

☐ Own ☒ Rent   Home Phone #: 720-327-4907

Social Security #: ████5040   Driver's Lic. # & State: _____   Date of Birth: __/__/1974

Most Recent Employer: Frontier Airlines
Work Address: 7001 Tower Rd
Work Phone #: (   )
Dates Employed: 08/01/2011 – Present
Hours/Week: 80   Pay Rate: $ 9.55   ☐ Weekly ☒ Bi-weekly ☐ Monthly ☐ Annual ☐ Other: _____

### Name of Other Responsible Party (Spouse, Parent, Other Persons in Household)

| Last Name | First Name | MI |
|---|---|---|
| | N/A | |

Street Address (Include Apt. # if applicable): N/A

| City | State | Zip Code |
|---|---|---|
| | | |

☐ Own ☐ Rent   Home Phone #: _____

Social Security #: _____   Driver's Lic. # & State: _____   Date of Birth: _____

Most Recent Employer: _____

Work Address: _____

Work Phone #: (     ) _____

Dates Employed: _____

Hours/Week: _____ Pay Rate: $ _____  ❏Weekly ❏Bi-weekly ❏Monthly ❏Annual ❏Other:_____

**Marital Status:** ❏Single ❏Married ❏Divorced ❏Separated ❏Widowed

**Number in Household:** (including yourself) _____

**Identify Members:**

N/A

_____     _____     _____
Name                                Age          Relationship

_____     _____     _____
Name                                Age          Relationship

**Gross Monthly Income (See Information on page 3)**

**Monthly Expenses (See Information on Page 3)**

Self (wages, salary, commission)
$ N/A
Rent or Mortgage
$ 760

Spouse/Other Household Members
$ N/A
Groceries
$ ~~scribbled out~~

Parents (if same household)
$
Utilities
$ 120

Unemployment Benefits
$ N/A
Clothing
$ —

Social Security/Retirement Funds
$ N/A
Maintenance/Alimony and/or Child Support
$ N/A

Maintenance/Alimony
$ N/A
Medical/Dental
$ 26.80 bi/weekly pre Tax

Other Income (identify)
$ N/A
Other Expenses (identify)
$ Garnishment State Taxes $50⁰⁰ monthly (NOT Pre Tax) ~~Colo~~ Federal $100 "

Other Income (identify)
$ ∅
Other Expenses (identify)
$ 380 CAR NOTE + CAR insurance $98⁰⁰

**Total Income**
$ 1528

**Total Expenses**
$ 1410⁰⁰ plus 98⁰⁰ = 1508

**Cash on Hand** (Cash you are carrying or which is stored at home, etc.)
$ 5⁰⁰

**Credit Cards:** (Show type and balance owed)

Type: N/A        Balance $ _____
Type: N/A        Balance $ _____
Type: N/A        Balance $ _____

**Checking Account Balance**
$ 25⁰⁰
Name/Address of Bank:
Chase Bank

I swear under penalty of perjury that all information provided is true and complete. In addition, if requested I will provide three (3) months of bank statements and pay stubs or other comparable proof of income status. I authorize the Court to make any necessary contacts to verify the information.

Signature: _Torrance Palmer_ Date: 20 May 13

## MOTION TO FILE WITHOUT PAYMENT SUPPORTING FINANCIAL AFFIDAVIT, AND SUPPORTING DOCUMENTATION REQUESTED

### General Information

It is important that you accurately complete all sections of this form as appropriate based on your personal circumstances. If a section does not apply, please write N/A.

**A. Gross Monthly Income.** Includes income from all members of the household who contribute monetarily to the common support of the household.

  1 **Income categories to include:**
  Wages, including tips, salaries, commissions, payments received as an independent contractor for labor or services, bonuses, dividends, severance pay, pensions, retirement benefits, royalties, interest/investment earnings, trust income, annuities, capital gains, unemployment benefits, Social Security Disability (SSD), Social Security Supplemental Income (SSI), Workman's Compensation Benefits, and alimony.

**Note:** Income from roommates should not be considered if such income is not commingled in accounts or otherwise combined with the applicant's income in a fashion which would allow the applicant proprietary rights to the roommate's income.

  2 **Income categories do not include:**
  TANF payments, food stamps, subsidized housing assistance, veteran's benefits earned from a disability, child support payments, or other public assistance programs.

**B. Liquid Assets.** Includes cash on hand or in accounts, stocks bonds, certificates of deposit, equity, and personal property or investments which could readily be converted into cash without jeopardizing the applicant's ability to maintain home and employment.

**C. Expenses.** Nonessential items such as cable television, club memberships, entertainment, dining out, alcohol, cigarettes, etc., **shall not** be included. Allowable expense categories are listed on JDF 205.