| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: July 18, 2013 10:36 AM |
| **Plaintiff(s)** STEPHANIE PALMER<br>v.<br>**Defendant(s)** FIRST TRANSIT INC | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2013CV32528<br>Division: 414    Courtroom: |
| **Order: Proposed Order granting Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand** ||

The motion/proposed order attached hereto: GRANTED.

Issue Date: 7/18/2013

*/s/ Norman D. Haglund*

NORMAN DEAN HAGLUND
District Court Judge

# EXHIBIT P

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br><br>1437 Bannock Street<br>Denver, CO 80202 | |
| Plaintiff:<br><br>Stephanie Palmer,<br><br>Defendant:<br><br>First Transit, Inc. | ▲ **COURT USE ONLY** ▲<br><br>Case Number: 2013CV32528 |
| **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** | |

**THIS MATTER** having come before the Court on Defendant First Transit, Inc.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand, and the Court having determined the Motion to be well-taken,

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and Defendant First Transit, Inc. is granted an extension of time of twenty (20) days, up to and including July 25, 2013, in which to file its Answer or other response to Plaintiff's Complaint.

Dated this _____ day of _____, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE